UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| VESTIQ PHARMACEUTICALS, INC., ) | Case No.: 14-02644-5-SWH |
| ) | |
| Debtor. ) | Chapter 7 |
| ) | |

MOTION FOR ADMISSION *PRO HAC VICE*

Movant, Margarita Y. Ginzburg, respectfully requests permission to appear *pro hac vice* on behalf of **MonoSol RX, LLC** in the above-captioned bankruptcy case. In support of this request, Movant represents the following:

1. Movant is a resident of the State of New Jersey. Indicated below is her office address, telephone number, e-mail address and the federal bar number issued to her by the State of New York:

    Margarita Y. Ginzburg
    Federal Bar No: mg-6240
    Day Pitney LLP
    One Jefferson Road
    Parsippany, NJ 07054-2891
    Telephone: (973) 966-6300
    Facsimile: (973) 966-1015
    E-mail: mginzburg@daypitney.com

2. Movant has been admitted to practice before the following courts:

    - A member of the Bar of the State of New Jersey
    - A member of the Bar of the State of New York
    - United States District Court for the District of New Jersey
    - United States District Court for the Southern District of New York
    - United States District Court for the Eastern District of New York
    - United States Court of Appeals for the Second Circuit

3. Movant is in good standing to practice before the courts to which Movant has been admitted.

4. Movant has not been disciplined by any court or administrative body.

5. Movant has not previously filed for permission to appear *pro hac vice* before this Court or any court within the State of North Carolina.

6. Movant has read and is familiar with the Local Bankruptcy Rules governing practice before this Court, the Federal Rules of Bankruptcy Procedure, the Federal Rules of Civil Procedure, and the Federal Rules of Evidence.

7. Julie B. Pape with the law firm Womble Carlyle Sandridge & Rice LLP has been designated as local counsel in this case.

This the 13th day of May, 2014.

Respectfully submitted,

Margarita Y. Ginzburg

85284943.1

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion for Admission *Pro Hac Vice* was filed electronically in accordance with the local rules this 13th day of May, 2014 and therefore served electronically on those entities that have properly registered for such electronic service this 13th day of May, 2014 and by United States Mail, first class for those entities not registered for electronic service on May 14, 2014 (see attached Exhibit A).

Dated this 13th day of May, 2014.


/s/ *Julie B. Pape*
Julie B. Pape
NC State Bar No. 27674
Womble Carlyle Sandridge & Rice, LLP
One West Fourth Street
Winston-Salem, NC 27101
Telephone: 336-721-3715
Telefax: 336-726-8072
Email: bankruptcy@wcsr.com

Attorney for MonSol RX, LLC

Exhibit A

**VIA REGULAR MAIL:**

Vestiq Pharmaceuticals, Inc.
11010 Lake Grove Blvd., Suite 100
Box 355
Morrisville, NC  27560

**VIA ECF FILING**

Marjorie K. Lynch, Esq.
Bankruptcy Administrator
P.O. Box 3758
Wilson, NC  27895

Richard Dewitte Sparkman
Richard D. Sparkman, P.A.
PO Box 1687
Angier, NC  27501-1687

WCSR 32349362v1